AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 3:15mj-515 | Date and time warrant executed: 12/1/2015, 11:45 AM | Copy of warrant and inventory left with: Postmaster |

Inventory made in the presence of :
   A. Kremer

Inventory of the property taken and name of any person(s) seized:

Parcel contained approximately 2 pounds 4.6 ounces of a green leafy substance that field tested positive for Marijuana.

*[FILED stamp: RICHARD W. NAGEL, CLERK OF COURT, 2015 DEC -2 AM 11:13, US DISTRICT COURT, SOUTHERN DIST OHIO, WESTERN DIV DAYTON]*

### Certification

   I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/1/2015

*S. McDonough* (signature)
Executing officer's signature

S. McDonough, Postal Inspector
Printed name and title